UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOSEPH CAFIERO,

                Plaintiff,                              MEMORANDUM AND ORDER
                                                          12-CV-14 (RRM)(LB)

    - against -

THE CITY OF NEW YORK, DET. JERRY
BOWENS, P.O. OMAR BOSTIC (Sh. 900),
SGT. TERRANCE MCALL (Sh. 2614), P.O.
"JANE DOE" AND "JOHN DOE" 1-10,

                Defendants.
----------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

       Plaintiff Joseph Cafiero voluntarily dismissed all named defendants with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  (*See* Stip. of Dismissal (Doc. No. 17); Stip. of Dismissal (Doc. No. 18).)  On April 1, 2013, this Court ordered plaintiff to show cause before April 22, 2013 why the case should not be dismissed against all remaining "Doe" defendants.  The Court has received no response from plaintiff to the Order to Show Cause.  As such, this action is dismissed with prejudice against all remaining "Doe" defendants.

       The Clerk of the Court is directed to enter judgment accordingly and to close this case.

                                                                   SO ORDERED.

Dated: Brooklyn, New York                           *Roslynn R. Mauskopf*
       August 5, 2013                                  _____
                                                               ROSLYNN R. MAUSKOPF
                                                               United States District Judge