UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JOSEPH CAFIERO,

                Plaintiff,                              MEMORANDUM AND ORDER
                                                                 12-CV-14 (RRM)(LB)

  - against -

THE CITY OF NEW YORK, DET. JERRY
BOWENS, P.O. OMAR BOSTIC (Sh. 900),
SGT. TERRANCE MCALL (Sh. 2614), P.O.
"JANE DOE" AND "JOHN DOE" 1-10,

                Defendants.
----------------------------------------------------------X

      A Memorandum and Order having been filed this day, dismissing plaintiff's claims against all remaining "Doe" defendants, and directing the Clerk of Court to enter judgment accordingly and to close this case, it is hereby

      **ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendants, that plaintiff's amended complaint is dismissed, and that this case is closed.

Dated: Brooklyn, New York                            *Roslynn R. Mauskopf*
       August 5, 2013                                 _____
                                                         ROSLYNN R. MAUSKOPF
                                                         United States District Judge